COMMONWEALTH of Pennsylvania, Respondent

v.

Richard H. PHILLIPS, Petitioner

No. 762 MAL 2016

Supreme Court of Pennsylvania.

April 4, 2017

## ORDER

PER CURIAM

**AND NOW,** this 4th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Brandon T. SCHONFELD, Petitioner

No. 838 MAL 2016

Supreme Court of Pennsylvania.

April 4, 2017

## ORDER

PER CURIAM

**AND NOW,** this 4th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

Mandy VALENTIN, Petitioner

v.

ARIA HEALTH PHYSICIAN SER-VICES d/b/a Aria Allmed Comprehensive Care Center, Robert Baca, Christine Wanjeri–Hasan, DO, Jonathan Ostroff, DO, Aria Health, Respondents

No. 894 MAL 2016

Supreme Court of Pennsylvania.

April 4, 2017

## ORDER

PER CURIAM

**AND NOW,** this 4th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**